# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SAMANTHA F., | : |
|     Plaintiff, | : Case No. 2:23-cv-2480 |
| v. | : JUDGE ALGENON L. MARBLEY |
| | : MAGISTRATE JUDGE CHELSEY M. VASCURA |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|     Defendant. | : |

## ORDER

This matter is before this Court on the parties' Joint Stipulation for an Award of Attorney Fees Under the Equal Access to Justice Act ("EAJA"). (ECF No. 19). The parties have stipulated to an award to Plaintiff of attorney fees in the amount of $6,100.00, under the EAJA. (*Id*. at 1). This award satisfies all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. (*Id*.). Further, Defendant agrees to direct the award to Plaintiff's attorney if counsel for the parties can verify that Plaintiff owes no preexisting debt subject to offset. (*Id*.).

For the foregoing reasons and for good cause shown, the parties' Joint Stipulation for an Award of Attorney Fees Under the EAJA is **GRANTED**. (ECF No. 19). Accordingly, it is **ORDERED** that:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $6,100.00;

2. Counsel for the parties shall verify whether Plaintiff owes a preexisting debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the Equal Access to Justice Act award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and Plaintiff's counsel; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: November 25, 2024**